1  **WO**

2

3

4

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  DISTRICT OF ARIZONA

10  UNITED STATES OF AMERICA,  )
    )  2:08-mc-00040-PHX-JAT
11         Petitioner,  )
    )  **ORDER**
12  v.  )
    )
13  ALLIED WASTE INDUSTRIES,  )
    INC., and SUBSIDIARIES,  )
14         Respondent.  )
    _____  )
15

16      Upon the petition of the United States, the memorandum in support thereof, and the

17  Declarations of Martha Goodrich and Jennifer D. Auchterlonie, including the exhibits

18  attached thereto, it is hereby

19      ORDERED granting the government's Motion to Enforce IRS Summons (Doc. #1).

20      It is further Ordered that respondent, Allied Waste Industries, Inc., and Subsidiaries,

21  appear before United States District Judge James A. Teilborg in that Judge's courtroom in

22  the United States Courthouse, Sandra Day O'Connor Courthouse, 401 W. Washington Street,

23  Phoenix, Arizona 85003 on Wednesday June 18, 2008 at 3:00 p.m., to show cause why

24  respondent should not be compelled to obey the Internal Revenue Service summons issued

25  to respondent in the matter of the examination of Allied Waste Industries, Inc. and

26  Subsidiaries.

27      It is further ORDERED that:

28

1   A copy of this Order, together with the petition, memorandum, declarations, and

2   exhibits, shall be served in accordance with Rule 4 of the Federal Rules of Civil Procedure

3   upon respondent within twenty-one (21) days of the date of this Order.  Pursuant to Federal

4   Rule of Civil Procedure 4(c)(2), the Court hereby appoints Revenue Agent Martha Goodrich

5   or her designee to serve process in this case.  Proof of service shall be filed with the Clerk

6   within ten (10) days of service being accomplished.

7   It is further ORDERED that:

8   Because the file in this case reflects a *prima facie* showing that the examination is

9   being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose,

10   that the information sought is not already within the Commissioner's possession, and that the

11   administrative steps required by the Internal Revenue Code have been followed, United

12   States v. Powell, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to

13   respondent to oppose enforcement of the summons.

14   If respondent has any defense to present or opposition to the petition, such defense or

15   opposition shall be made in writing and filed with the Clerk and copies served on counsel for

16   the United States at least 14 days prior to the date set for the show cause hearing.  The United

17   States may file a reply memorandum to any opposition at least 5 days prior to the date set for

18   the show cause hearing.

19   At the show cause hearing, the Court will consider only those issues brought into

20   controversy by the responsive pleadings and supported by affidavit(s).  Any uncontested

21   allegation in the petition will be considered admitted.

22   DATED this 16th day of April, 2008.

23

24   _____
     James A. Teilborg
25   United States District Judge

26

27

28                                    2